Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.** | Case No. 2:10-cv-03229-JAM-DAD |
| Plaintiff(s), | **STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS PETER JAMES LUHN AND CORBIN JERRETT POIRIER TO ANSWER THE COMPLAINT; and ORDER** |
| v. | |
| **PETER JAMES LUHN, et al.** | |
| Defendants. | |

Pursuant to the Civil Local Rules the United States District Court for the Eastern District of California, plaintiff, J & J SPORTS PRODUCTIONS, INC., and defendants, PETER JAMES LUHN and CORBIN JERRETT POIRIER, through their respective attorneys of record, hereby stipulate to extend the time for said defendants to file a response to the Plaintiff's Complaint until July 14, 2011. The purpose of this Stipulation is to provide said parties an additional period of time to attempt to settle and resolve the entire action before said defendants must file a response to Plaintiff's Complaint.

///
///
///
///
///

STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS
PETER JAMES LUHN AND CORBIN JERRETT POIRIER TO ANSWER
THE COMPLAINT; and ORDER (Proposed)
CASE NO. 2:10-CV-03229-JAM-DAD
PAGE 1

1    DATED: June 14, 2011                    LAW OFFICES OF THOMAS P. RILEY, P.C.

2

3                                            /s/ Thomas P. Riley
                                             By: Thomas P. Riley
4                                            Attorneys for Plaintiff
5                                            J & J SPORTS PRODUCTIONS, INC.

6

7    DATED: June 14, 2011                    MEATH & PEREIRA

8

9                                            /s/ Gregory Thomas Meath
10                                           By: Gregory Thomas Meath
                                             Attorneys for Defendants
11                                           PETER JAMES LUHN and
                                             CORBIN JERRETT POIRIER
12

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS**
**PETER JAMES LUHN AND CORBIN JERRETT POIRIER TO ANSWER**
**THE COMPLAINT; and ORDER (Proposed)**
**CASE NO. 2:10-CV-03229-JAM-DAD**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com

1

2                                    **ORDER**

3          Based on the Stipulation of Plaintiff, J & J SPORTS PRODUCTIONS, INC., and defendants,

4    PETER JAMES LUHN and CORBIN JERRETT POIRIER, through their respective attorneys of

5    record.

6          IT IS HEREBY ORDERED that the time for defendants, PETER JAMES LUHN and

7    CORBIN JERRETT POIRIER, to file a response to the Plaintiff's Complaint, is extended until July

8    14, 2011.

9

10

11   Dated:   6/15/2011                              /s/ John A. Mendez

12                                           **The Honorable John A. Mendez**
                                             **United States District Court**
13                                           **Eastern District of California**

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS**
**PETER JAMES LUHN AND CORBIN JERRETT POIRIER TO ANSWER**
**THE COMPLAINT; and ORDER (Proposed)**
**CASE NO. 2:10-CV-03229-JAM-DAD**
**PAGE 3**

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE (SERVICE BY E-MAIL)**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 15, 2011, I served:

**STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS PETER JAMES LUHN AND CORBIN JERRETT POIRIER TO ANSWER THE COMPLAINT; and ORDER (Proposed)**

On all parties in said cause by e-mailing same to the Defendants at the following email address(es):

Gregory Thomas Meath, Esquire          Attorneys for Defendants:
**MEATH & PEREIRA**                    Peter James Luhn and
20 North Sutter Street, Ste. 200       Corbin Jerrett Poirier
Stockton, CA 95202
Email: greggmeath@hotmail.com

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 15, 2011, at South Pasadena, California.

Dated:  June 15, 2011                   */s/ Maria Baird*
                                        **MARIA BAIRD**

STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS
PETER JAMES LUHN AND CORBIN JERRETT POIRIER TO ANSWER
THE COMPLAINT; and ORDER (Proposed)
CASE NO. 2:10-CV-03229-JAM-DAD
PAGE 4

PDF created with pdfFactory trial version www.pdffactory.com